## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                              CHAPTER 13

ALBERT JOHNSON, JR.                                 CASE NO. 10-70406

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Wells Fargo Bank NA            **Court claim #:** (if known) 2

**Last four digits** of any number used to identify the debtor's account: 7087

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $11,625.81 |
| Amount Paid by Trustee | $11,625.81 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/26/2012                  /s/Lydia S. Meyer
                                   Lydia S. Meyer, Trustee
                                   308 W. State St., Suite 212
                                   Rockford, IL  61101

### Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of September, 2012.

Dated:  9/26/2012                  /s/Cynthia K. Burnard

WELLS FARGO BANK NA
BANKRUPTCY DEPARTMENT
1 HOME CAMPUS  MAC X2501-01F
DES MOINES, IA 50328-0001

WELLS FARGO
1300 E. MC GALLIARD
MUNCIE, IN  47303

PIERCE & ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

ALBERT JOHNSON, JR.
1306 E. 19TH STREET
STERLING, IL  61081

GERACI LAW LLC
ATTORNEY NATHAN E. CURTIS
55 E. MONROE, #3400
CHICAGO, IL  60603